IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Jamica Bass, et al.,

Plaintiffs,

v.

Goshen Medical Center, Inc.,

Defendant.

No. 7:26-cv-00032-BO-RN

## **ORDER**

Before the Court is Plaintiffs' Motion to Remand. Defendant does not oppose the Motion

to Remand. For good cause shown and with the consent of Defendant, the Motion is GRANTED.

It is hereby ORDERED that this action is REMANDED to the General Court of Justice,

Superior Court Division, Duplin County, North Carolina.

The Clerk is DIRECTED to transmit a certified copy of this Order to the Clerk of the

Superior Court of Duplin County and thereafter close this case.

SO ORDERED.

This the $\cancel{20}$ day of April, 2026.

_____
Hon. Terrence W. Boyle
United States District Judge