

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

April 20, 2026

Duplin County Superior Court
PO Box 189
Kenansville, NC 28349

RE: Bass et al v. Goshen Medical Center, Inc.
    7:26-cv-32-BO-RN
    **Notice of Remand to State Court**

Dear Duplin County Clerk of Superior Court:

Pursuant to order entered by The Honorable Terrence W. Boyle on April 20, 2026, this case is remanded to Duplin County Superior Court. In accordance with 28 U.S.C. §1447(c), enclosed is a certified copy of the order of remand.

A copy of this letter is enclosed for you to acknowledge receipt of this order. Please return the acknowledgment in the self-addressed stamped envelope provided. If you should have any questions regarding this remand, please do not hesitate to call.

Sincerely,

PETER A. MOORE, JR., CLERK OF COURT

(By) _Nicole Sellers_
    Deputy Clerk

Encl.
cc: Docket